IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

NEW JERSEY CHINESE COMMUNITY CENTER,
INC.
Plaintiff,

CIVIL ACTION NO. 3:21-cv-8320

v.

PETER MCALEER ,
STATE OF NEW JERSEY,
IPD GROUP INC.dbaEIN PRESSWIRE
Defendants

**COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF
CIVIL RIGHTS ACTION
(42 U.S.C. § 1983)**

Plaintiff by way of complaining against the above named defendants alleges the following:

1. The plaintiff is a not-for-profit organization having an office at 17 Schoolhouse Road, Somerset, New Jersey 08873.

2. Defendant, Peter McAleer is an employee of the State of New Jersey and is the Director of Communications and Community Relations, New Jersey Administrative Office of the Courts, located at 25 Market Street, Trenton, NJ 08625.

3. Defendant IPD Group, Inc. dba EIN Presswire providing press release services, is a company having an office at 1025 Connecticut Ave. NW, Suite 1000, Washington, DC 20036.

4. On or about February 15, 2021, the plaintiff submitted a press release to the defendant EIN Presswire for distribution and publication. The title of the press release was "IN SOMERSET SUPERIOR COURT, JUDGE REED JUST

COULDN'T STAND UP TO JUDGE MILLER'S PRESSURE IN DECIDING A CASE".

5. On or about February 20, 2021, The press release was approved by EIN Presswire for distribution.

6. On or about March 10, 2021, the plaintiff found that the press release had been retracted without its knowledge or consent.

7. According to EIN Presswire, it retracted the press release because Peter McAleer who is the Director of Communications and Community Relations, New Jersey Administrative Office of the Courts had filed a complaint and ordered that it be retracted.

8. Despite repeated emails, the defendant Peter McAleer has failed to provide any reason or cite any authority that empowered him to suppress the plaintiff's press release

9. This press release was part of a fundraising campaign to raise awareness and speak out against discrimination and bias against Asian Americans, including racial injustices faced by Asian Americans in the legal justice system.

10. The defendant's arbitrary action has undermined the plaintiff's credibility and severely damaged the plaintiff's fundraising ability.

11. Defendant unconstitutional action to cover up instances of misconduct and bias in the judicial system has violated the Plaintiff's constitutional rights to freedom of speech under the First, Fifth Amendments to the United States Constitution pursuant to 42 U.S.C. § 1983-1986; the New Jersey State Constitution, and the New Jersey Civil Rights Act.

12. This case arises under the United States Constitution and 42 U.S.C. Sections 1983 and 1988, as amended. This is a civil action under 42 U.S.C. § 1983-

1986 seeking damages and injunctive relief against Defendants for committing acts, under color of law, with the intent and for the purpose of depriving Plaintiff of rights secured under the Constitution and laws of the United States, the New Jersey State Constitution and the New Jersey Civil Rights Act.

13. This Court has jurisdiction under 28 U.S.C. §1331 and §1343 because this civil action arises out of the Constitution and laws of the United States. This Court also has jurisdiction to render declaratory judgments as requested herein pursuant to the Declaratory Judgment Act, 28 U.S.C. §2201 and §2202. With respect to claims set forth herein, based on violation of the New Jersey Constitution, this Court has supplemental jurisdiction under 28 U.S.C. §1367.

14. Venue in this district is proper pursuant to 28 U.S.C. §1391(b)(1) and (2) because Defendants are located in and exercise their authority in the State of New Jersey in which the district is located; Plaintiff is located in and conducts business in this district, and the constitutional, statutory and common law violations sought to be enjoined or prevented by this Complaint have or will occur in this district.

15. The declaratory and injunctive relief sought is authorized by 28 U.S.C. Sections 2201 and 2202, 42 U.S.C. §1983 and Rule 57 of the Federal Rules of Civil Procedure.

Wherefore, plaintiff request this court to grant the following reliefs:
1. Declare the defendants' suppression of the plaintiff's press release unconstitutional
2. Compel the defendants to restore and re-publish the press release
3. Judgment against the defendant for financial loss
4. Such other reliefs as the court shall deem just and equitable.

*[signature]*

---

Cynthia Hwang, Esq.
LAW OFFICE OF CYNTHIA M. HWANG, ESQ., LLC.
17 Schoolhouse Road, Suite 101
Somerset, New Jersey 08873
T: (732) 668-7457
F: (732) 200-1063
Cynthia.Hwang@chinese-community-center.org

April 5, 2021

## JURY TRIAL

Jury trial is hereby demanded as to all issues.

*[signature]*

---

Cynthia Hwang, Esq.

April 5, 2021

## CERTIFICATION

I hereby certify that to the best of my knowledge, information and belief, that the foregoing is true and correct, that the within matter is not the subject of any other action pending in any court or the subject of a pending arbitration proceeding, and no other parties known to the plaintiff at this time should be joined.

*[signature]*

---

Cynthia Hwang, Esq.

April 5, 2021

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
New Jersey Chinese Community Center, Inc.

## DEFENDANTS
Peter McAleer, State of New Jersey, IPD Group Inc. d/b/a EIN Presswire

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Mercer
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Law Office of Cynthia M. Hwang, Esq., LLC, 17 Schoolhouse Road, Somerset, NJ 08873. (732) 271-9008

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983, US Constitution, New Jersey State Constitution, NJ Rev Stat § 10:6-2 (NJ Civil Rights Act)

Brief description of cause:
Defendant, under color of law, ordered plaintiff's press release be retracted violating plaintiff's constitutional rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 50,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 4/6/2021
SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____