UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEW JERSEY

CASE NO.: 3:21-CV-08320-FLW-LHG

AFFIDAVIT OF DUE DILIGENCE

New Jersey Chinese Community Center, Inc.,

    Plaintiff/Petitioner,

vs.

Peter Mcaleer, et al.,

    Defendant/Respondent.

_____/

Received by **J & K Investigative Services Inc** on **08/11/2021** at **01:18 PM** to be served upon:

**Peter Mcaleer**
**25 Market St**
**Trenton, NJ 08625**

State of New Jersey
County of Somerset    ss.

I, **Charles Deeck**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **08/11/2021** at **11:20 AM**, I non-served the within **SUMMONS IN A CIVIL CASE, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF CIVIL RIGHTS ACTION, CIVIL COVER SHEET.** on **Peter Mcaleer** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

Upon arrival at the Office of the State of New Jersey, security provided me with the attached document regarding the new procedure for service of process.

Sworn to and subscribed before me on this 20 day of August, 2021 by an affiant who is personally known to me or produced identification.

*Karen Swickle*
NOTARY PUBLIC

X *Charles Deeck*
Charles Deeck - Cert/Appt#:
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900
Atty File#: - Our File# **100012**

KAREN SWICKLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/11/2023

STATE OF NEW JERSEY | DEPARTMENT OF LAW & PUBLIC SAFETY



# ANDREW J. BRUCK
*Acting Attorney General*

## Attention Process Servers

Pursuant to the order of the New Jersey Supreme Court signed, April 7, 2020, all summons and complaints must be served electronically to: NJAG.ElectronicService.CivilMatters@law.njoag.gov

Process Servers – Full Document rev. 5/19/21
Order Permitting Electronic Service of Process on the State of New Jersey

### Acting AG Bruck: Smith & Wesson Must Now Fully Comply with Investigative Subpoena

Aug 9, 2021 | Division of Consumer Affairs, Division of Law, Gun Violence, Press Release

read more

### New Jersey Board of Nursing Revokes Certification of Homemaker-Home Health Aide Following Her Arrest for Allegedly Tying a Resident to a Chair in a Gloucester County Assisted Living Facility

Aug 2, 2021 | Consumer Protection, Division of Consumer Affairs, Division of Law, Licensing & Permits, Press Release

read more

# UNITED STATES DISTRICT COURT

## for the

## DISTRICT OF NEW JERSEY

CASE NO.: 3:21-CV-08320-FLW-LHG

### AFFIDAVIT OF DUE DILIGENCE

**New Jersey Chinese Community Center, Inc.,**

    Plaintiff/Petitioner,

vs.

**Peter Mcaleer, et al.,**

    Defendant/Respondent.

Received by **J & K Investigative Services Inc** on **08/11/2021** at **01:18 PM** to be served upon:

**State of New Jersey**
**25 Market St**
**Trenton, NJ 08625**

State of New Jersey
County of Somerset    ss.

I, **Charles Deeck**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **08/11/2021** at **11:20 AM**, I non-served the within **SUMMONS IN A CIVIL CASE, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF CIVIL RIGHTS ACTION, CIVIL COVER SHEET.** on **State of New Jersey** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

**Upon arrival at the Office of the State of New Jersey, security provided me with the attached document regarding the new procedure for service of process.**

Sworn to and subscribed before me on this 20 day of AUGUST, 2021 by an affiant who is personally known to me or produced identification.

X Charles Deeck
Charles Deeck - Cert/Appt#:
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900
Atty File#: - Our File# **100013**

NOTARY PUBLIC
**KAREN SWICKLE**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/11/2023

STATE OF NEW JERSEY | DEPARTMENT OF LAW & PUBLIC SAFETY



# ANDREW J. BRUCK
*Acting Attorney General*

## Attention Process Servers

Pursuant to the order of the New Jersey Supreme Court signed, April 7, 2020, all summons and complaints must be served electronically to: NJAG.ElectronicService.CivilMatters@law.njoag.gov

Process Servers – Full Document rev. 5/19/21
Order Permitting Electronic Service of Process on the State of New Jersey

### Acting AG Bruck: Smith & Wesson Must Now Fully Comply with Investigative Subpoena
Aug 9, 2021 | Division of Consumer Affairs, Division of Law, Gun Violence, Press Release

read more

### New Jersey Board of Nursing Revokes Certification of Homemaker-Home Health Aide Following Her Arrest for Allegedly Tying a Resident to a Chair in a Gloucester County Assisted Living Facility
Aug 2, 2021 | Consumer Protection, Division of Consumer Affairs, Division of Law, Licensing & Permits, Press Release

read more

 Gmail     Cynthia Hwang <cynthia.hwang@chinese-community-center.org>

## New Jersey Chinese Community Center v. Peter McAleer, et al. 3:21-cv-8320

Cynthia Hwang <Cynthia.Hwang@chinese-community-center.org>     Mon, Aug 16, 2021 at 3:47 PM
To: NJAG.ElectronicService.CivilMatters@law.njoag.gov

Dear sir or madam:

Our office hereby serves the attached summonses and complaint upon the State of New Jersey and Peter McAleer. Please confirm receipt of this email and acknowledgement of service. Thank you.

--
Cynthia M. Hwang, Esq.

New Jersey Chinese Community Center
Legal Services Department
17 Schoolhouse Road
Somerset, New Jersey 08873
T: (732) 271-9008
F: (732) 271-9007

**3 attachments**

📄 **Summons - State of New Jersey.pdf**
91K

📄 **Summons - Peter McAleer.pdf**
97K

📄 **Mcaleer complaint.pdf**
293K

8/26/2021
Case 3:21-cv-08320-FLW-LHG Document 28-2 Filed 08/26/21 Page 6 of 6 PageID: 298
New Jersey Chinese Community Center Mail - New Jersey Chinese Community Center v. Peter McAleer, et al. 3:21-cv-8320



Cynthia Hwang <cynthia.hwang@chinese-community-center.org>

# New Jersey Chinese Community Center v. Peter McAleer, et al. 3:21-cv-8320

**NJAG.ElectronicService.CivilMatters** &lt;NJAG.ElectronicService.CivilMatters@law.njoag.gov&gt;
To: Cynthia Hwang &lt;Cynthia.Hwang@chinese-community-center.org&gt;

Wed, Aug 18, 2021 at 10:24 AM

*Your matter was received.*



*Ellen Seitz*



*Agency Service Representative*

---

**From:** Cynthia Hwang &lt;Cynthia.Hwang@chinese-community-center.org&gt;
**Sent:** Monday, August 16, 2021 3:47 PM
**To:** NJAG.ElectronicService.CivilMatters &lt;NJAG.ElectronicService.CivilMatters@law.njoag.gov&gt;
**Subject:** [EXTERNAL] New Jersey Chinese Community Center v. Peter McAleer, et al. 3:21-cv-8320

[Quoted text hidden]
[Quoted text hidden]

**3 attachments**

- 📄 **Summons - State of New Jersey.pdf**
  91K

- 📄 **Summons - Peter McAleer.pdf**
  97K

- 📄 **Mcaleer complaint.pdf**
  293K