UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY CHINESE COMMUNITY CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER MCALEER, et al., <br><br> Defendants. | Civil Action No. 21-8320 (FLW) (RLS) <br><br><br> **ORDER** |

**THIS MATTER** having been brought before the Court upon the application of Defendant Peter McAleer ("McAleer"), seeking leave to file, out of time, an answer to the Amended Complaint (Dkt. No. 48); and Plaintiff New Jersey Chinese Community Center, Inc. ("Plaintiff") having opposed the application (Dkt. No. 50); and the Court recognizing its authority to enter orders setting deadlines to respond to an amended pleading, Fed. R. Civ. P. 15(a)(3), and its inherent authority to manage its docket; and the Court further recognizing that Federal Rule of Civil Procedure 1 provides that the Federal Rules of Civil Procedure are to be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1; and the Court finding that McAleer has established good cause for the relief requested; and the Court having considered the submissions of the parties and for other good cause shown;

**IT IS** on this **11th** day of **January 2023**, hereby

**ORDERED** that McAleer's request to file an Answer to the Amended Complaint out of time is hereby **GRANTED**; and it is further

1

**ORDERED** that McAleer shall file his answer by no later than **January 18, 2023**.

**SO ORDERED.**

RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE