**STEIMEL COUNSELORS LAW GROUP**
A PROFESSIONAL LIMITED LIABILITY CORPORATION

**Walter E. Steimel**
Managing Member

June 25, 2024

<u>**VIA CM/ECF**</u>
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey – Trenton Vicinage
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

      Re:   <u>**New Jersey Chinese Comm. Ctr. v. McAleer, et al.**</u>
              **Civil Action No. 3:21-cv-08320**
              **Local Counsel Unavailability Emergency**

Dear Judge Singh:

    Defendant Newsmatics regrets to inform the Court that local counsel had a sudden medical emergency and will not be able to attend the status conference hearing set for Thursday, June 27.

    We request permission for Mr. Steimel to appear alone. We can clarify further at the hearing. Local counsel's signature appears below even though this letter is on Mr. Steimel's letterhead.

                              Respectfully submitted:

                              <u>/s/ Vincent S. Verdiramo</u>
                              Vincent S. Verdiramo, Esq.
                              Verdiramo & Verdiramo, P.A.
                              3163 Kennedy Boulevard
                              Jersey City, New Jersey 07306
                              201-798-7082 (telephone)

                              Walter E. Steimel, Jr., Esq.
                              Steimel Counselors Law Group PLLC
                              1455 Pennsylvania Ave., N.W., Suite 400
                              Washington, D.C. 20004
                              202-271-9258 (phone)
                              wes@sclgrp.com

So Ordered this <u>26th</u> day of <u>June</u>, 20<u>24</u>
<u>/s/ R. Singh</u>
Hon. Rukhsanah L. Singh, U.S.M.J.

STEIMEL COUNSELORS LAW GROUP, PLLC
1455 PENNSYLVANIA AVENUE NW, SUITE 400, WASHINGTON DC 20004

TELEPHONE: 202-271-9258                                                            E-MAIL: WES@SCLGRP.COM