UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY CHINESE COMMUNITY CENTER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PETER MCALEER, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 21-08320 (GC) (RLS)<br><br>**ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court upon two Motions for Summary Judgment filed pursuant to Federal Rule of Civil Procedure (Rule) 56. The first Motion for Summary Judgment is by Defendant Peter McAleer. (ECF Nos. 96, 120.) The second Motion for Summary Judgment is by Defendant Newsmatics (formerly IDP Group, Inc. doing business as EIN Presswire). (ECF No. 121.) Also before the Court is Newsmatics's Motion for Sanctions pursuant to Rule 11 (ECF No. 103). The Court has carefully considered the parties' submissions and decides the matter following oral argument. For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

　　**IT IS** on this 3rd day of June, 2025 **ORDERED, ADJUDGED, DECREED** as follows:

　　　　1. McAleer's Motion for Summary Judgment is **GRANTED**.

　　　　2. Judgment is entered in favor of McAleer and against Plaintiff.

　　　　3. Count I of the Third Amended Complaint (TAC) against McAleer is **DISMISSED** with prejudice.

　　　　4. Newsmatics's Motion for Summary Judgment is **GRANTED in part** and **DENIED in part**.

5. Judgment in entered in favor of Newsmatics and against Plaintiff on Counts I and II of the TAC.

6. Counts I and II of the TAC against Newsmatics are **DISMISSED** with prejudice.

7. Newsmatics's Motion for Summary Judgment on its counterclaims for breach of contract (Counterclaim I) and indemnity (Counterclaim II) is **DENIED**.

8. Count III of Plaintiff's TAC and Counterclaim III of Newsmatics's Third Amended Answer are **STRICKEN**.

9. Newsmatics's Motion for Sanctions is **DENIED**.

10. The Clerk's Office is directed to **TERMINATE** the Motions pending at ECF Nos. 96. 103, 120, and 121.

                                                GEORGETTE CASTNER
                                                UNITED STATES DISTRICT JUDGE