**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY CHINESE COMMUNITY CENTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PETER MCALEER, et al.,<br><br>Defendants. | Civil Action No. 21-8320 (GC)(RLS)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

**THIS MATTER** having come before the Court upon a review of its status; and for good cause shown,

**IT IS** on this **3d** day of **September 2026** hereby

**ORDERED** that a Settlement Conference will be conducted by the undersigned at the Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Trenton, New Jersey, Courtroom 7W, on **November 18, 2026 at 10:00 a.m.** **Counsel and parties with full authority to settle the case must attend the Conference. An insured party shall appear with a representative of the insurer(s) authorized to negotiate and who has full authority to settle the matter**; and it is further

**ORDERED** that the Settlement Conference will proceed in person; and it is further

**ORDERED** that, at least fourteen (14) business days before the Settlement Conference, counsel for plaintiff shall provide a settlement demand to counsel for

defendant. At least seven (7) business days before the Settlement Conference, counsel for defendant shall provide a settlement offer or response to counsel for plaintiff; and it is further

**ORDERED** that, **by no later than five (5) business days before the Settlement Conference**, each party shall submit to Chambers via email at **rls_orders@njd.uscourts.gov** a confidential letter or memorandum, on an *ex parte* basis, that does not exceed ten (10) double-spaced pages, exclusive of any attachments. The settlement memorandum shall: outline the party's respective position(s); identify information on what is important to the client and any barriers to settlement; identify the contemplated terms material to a settlement; and detail the demand(s) and offer(s) made to date; and it is further

**ORDERED** that parties and their counsel shall participate in the Settlement Conference in good faith and with a willingness to discuss the strengths and weaknesses of the issues in the matter; and it is further

**ORDERED** that the failure to comply with this Order may result in an adjournment of the Settlement Conference and/or the imposition of sanctions, which can include, without limitation, the payment of fees and costs of other parties who attend the Settlement Conference.

**SO ORDERED.**

/s/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**